No. 25-10797

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants*

v.

James Dondero,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

### APPELLANTS' BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

Appellants Acis Capital Management LP and Acis Capital Management GP, LLC (collectively, "Acis") file this Bankruptcy Creditor Disclosure Statement:

1. **Identity of the debtors**: Acis Capital Management LP and Acis Capital Management GP, LLC ("Acis").

2. **Members of the creditors committee**: None.

3. **Active participants in the proceeding before the Fifth Circuit**: James Dondero

4. **Entities whose value could be substantially affected by the outcome of the proceeding**: None.

5. **Counsel**:

    a. **Acis**: Emily M. Adler and Kelsi S. White, AHMAD ZAVITSANOS & MENSING, PLLC, 1221 McKinney St., Ste. 2100, Houston, TX 77010.

b. **James Dondero**: Michael Justin Lang, CRAWFORD, WISHNEW & LANG PLLC, 1700 Pacific Avenue, Dallas, TX 75201.

        Respectfully submitted,

        **AHMAD ZAVITSANOS & MENSING PLLC**

        */s/ Emily Merritt Adler*
Emily Merritt Adler
Texas Bar No.
Federal ID No.
Kelsi Stayart White
Texas Bar No. 24098466
Federal ID No. 9225914
AHMAD, ZAVITSANOS & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel.: (713) 655-1101
Fax: (713) 655-0062
eadler@azalaw.com
kwhite@azalaw.com

*Counsel for Appellants Acis Capital Management LLP and Acis Capital Management GP*

## Certificate of Service

      On July 14, 2025, I certify that I served a true and correct copy of this Statement on all counsel of record pursuant to CM/ECF filing in compliance with the FEDERAL RULES OF APPELLATE PROCEDURE.

*/s/ Emily Merritt Adler*
Emily Merritt Adler
