No. 25-10797

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants*

v.

James Dondero,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

**APPELLEE'S DISCLOSURE STATEMENT**

Appellee James Dondero ("Dondero") files this Disclosure Statement pursuant to 5th Cir. R. 26.1 and 28.2.1:

1. Pursuant to 5th Cir. R. 28.2.1, the undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case, including all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities who or which are financially interested in the outcome of the litigation:

- Acis Capital Management LP and Acis Capital Management GP, LLC (collectively, "Acis") (Appellants and Debtor); and

- Dondero (Appellee and Defendant).

These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

2. Pursuant to 5th Cir. R. 28.2.1, below are the names of the opposing law firm and counsel in this case for Acis:

1

|  |  |
|---|---|
| **Acis**: | Emily Merritt Adler<br>Kelsi Stayart White<br>AHMAD, ZAVITSANOS & MENSING, P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Tel.: (713) 655-1101<br>Fax: (713) 655-0062<br>eadler@azalaw.com<br>kwhite@azalaw.com |
| **Dondero**: | Michael Justin Lang<br>Dave Wishnew<br>Haleigh Jones<br>Alexandra Ohlinger<br>Dallas Flick<br>CRAWFORD, WISHNEW & LANG PLLC<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Tel.: (214) 817-4500<br>Fax: (214) 817-4509<br>mlang@cwl.law<br>dwishnew@cwl.law<br>hjones@cwl.law<br>aohlinger@cwl.law<br>dflick@cwl.law |

3. Pursuant to 5th Cir. R. 28.2.1, the undersigned counsel likewise provides the information called for by FED. R. APP. P. 261(a),(b), and (c) as appropriate:

- FED. R. APP. P. 26.1(a): Not applicable, as Dondero is an individual, not a nongovernmental corporation. As such, there is no corporate information to disclose.

- FED. R. APP. P. 26.1(b): Not applicable, as this is not a criminal case.

- FED. R. APP. P. 26.1(c): Not applicable, as Dondero is the Appellee. Acis, the Appellant, is the sole Debtor in this case.

Dated: July 21, 2025

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Dave Wishnew
Texas State Bar No. 24052039
dwishnew@cwl.law
Haleigh Jones
Texas State Bar No. 24097899
hjones@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
Dallas Flick
Texas State Bar No. 24104675
dflick@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 817-4509
***Counsel for Defendant James Dondero***

**Certificate Of Service**

The undersigned certifies that, on July 21, 2025, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Michael J. Lang*
Michael J. Lang