

EMILY MERRITT ADLER
DIRECT 713.600.4922
MAIN 713.655.1101
FAX 713.655.0062
eadler@azalaw.com

September 9, 2025

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   No. 25-10797, *Acis Capital Management v. Dondero*

Dear Mr. Cayce:

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth Circuit Rules 26.2 and 31.4, counsel for Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. request a 30-day Level 1 extension of the deadline to file their Appellants' Brief.

This is the Appellants' first request for an extension of time. Appellee is unopposed. The Appellants' deadline is currently September 24, 2025. With the requested 30-day extension, Appellants ask for a new deadline of Friday, October 24, 2025.

Good cause for a Level 1 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Ms. Emily M. Adler has been the principal drafter of motion for summary judgment briefing in *Marathon Oil Co. v. Mercuria Energy America LLC,* Cause No. 25-BC11A-0013 in the Business Court of Texas, 11th Division, and most recently drafted a reply filed September 9, 2025.

- Ms. Adler is preparing to argue a motion for summary judgment *Marathon Oil Co. v. Mercuria Energy America LLC*, Cause No. 25-BC11A-0013 in the Business Court of Texas, 11th Division, on September 10, 2025.

- Ms. Adler attended a pretrial conference on August 27, 2025, and voir dire on September 9, 2025, in *Cornerstone Capital Bank, SSB v. Manuel Valdes*, Cause No. 2023-01256 in the 11th Judicial District, Harris County. Ms. Adler will attend trial in the same case beginning September 15, 2025.

- Ms. Adler is drafting a response to a petition for review in *Akerman LLP v. Landry's Seafood House-Florida, Inc.*, No. 25-0442 in the Supreme Court of Texas, due September 24, 2025.

September 9, 2025
Page 2

- Additional appellate counsel Ms. Kelsi White was preparing for and presenting dispositive motions at a hearing in Andrews County on August 25, 2025, and September 8, 9, and 10, 2025 in *Watt, et al. v. Chevron USA Inc., et al*, Cause No. 22-052-DCCV-00075 in the 109th District Court.
- Ms. White also prepared and presented oral argument on September 2, 2025, in the United States Court of Appeals for the Fifth Circuit in *Farmers Texas County Mutual Ins. Co., et al. v. 1st Choice Accident and Injury, L.L.C., et al.,* No. 24-20275.
- Ms. White presented at statewide CLEs in Austin, Texas on September 5, 2025, at the Texas State Bar's Advanced Civil Appellate CLE and will be presenting additionally on September 11, 2026, at the Texas State Bar's Business Disputes CLE.

The extension is not sought for delay, but rather so that justice can be done.

Respectfully,

Emily M. Adler

cc: Counsel of Record (via CM/ECF)