No. 25-10797

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants*

v.

James Dondero,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE THEIR APPELLANTS' BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth Circuit Rules 26.2 and 31.4, counsel for Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. request a 15-day Level 2 extension of the deadline to file their Appellants' Brief.

This is the Appellants' second request for an extension of time. Appellee is unopposed. The Appellants' deadline is currently October 24, 2025, which was extended from the original deadline of September 24, 2025. With the requested 15-day extension, Appellants ask for a new deadline of Monday, November 10, 2025.

Good cause for a Level 2 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Ms. Emily M. Adler has been ill for 10 days, including caring for a sick child.

- Ms. Adler is preparing to present oral argument in *Patriot Contracting, LLC and Stephen J. Friedman v. Mid-Main Properties LP, HERC Solutions USA, LLC, and Scaffold Solutions, Inc.*, Cause No. 2017-19892 in the Court of Appeals for the 14th District of Texas on October 21, 2025.

- Ms. Adler is preparing for trial in *Marathon Oil Co. v. Mercuria Energy America, LLC*, Cause No. 25-BC11A-0013 in the Texas Business Court, beginning on November 3, 2025.

- Ms. Adler is preparing for a motion for summary judgment hearing in *TotalEnergies PetroChemicals & Refining USA, Inc. v. Kinder Morgan Petcoke, LP*, Cause No. 2017-48075, in the 129th Judicial District, Harris County, Texas, on November 3, 2025.

- Additional appellate counsel Ms. Kelsi White drafted and filed an appellant's reply brief on October 1, 2025, in the United States Federal Circuit Court of Appeals in *International Medical Devices, Inc. v. Cornell*, No. 25-1863, and filed the joint appendix on October 8, 2025 in the same.

- Ms. White has been preparing for and presenting dispositive motions at hearings held October 6 and 10, 2025 in. *Landry's Inc. et al. v. The Insurance Company of the State of Pennsylvania et al.*, Cause No. 2022-10292 in the 133rd Judicial District Court of Harris County, Texas.

- Ms. White is also preparing for a trial in the same *Landry's Inc. et al. v. The Insurance Company of the State of Pennsylvania et al.*, Cause No. 2022-10292 in the 133rd Judicial District Court of Harris County, Texas, which is set for November 3, 2025.

- Ms. White drafted and filed a petition for review in *DNOW d/b/a DistributionNow v. Coe*, in the Supreme Court of Texas, No. 25-0647, on October 10, 2025.

- Ms. White is assisting in the drafting and review of a reply brief due on October 20, 2025 in *Doe, et al., v. Adventist Health System/West*, Case No. B344951, in the Second Appellate District Court of Appeals for the State of California.

The extension is not sought for delay, but rather so that justice can be done.

## Conclusion

For the foregoing reasons, Appellants pray that the Court extend the deadline to file their Appellants' brief until November 10, 2025.

        Respectfully submitted,

        AHMAD ZAVITSANOS
        & MENSING PLLC

        */s/ Emily Merritt Adler*
        Emily Merritt Adler
        Texas Bar No. 24121009
        Federal ID No. 3710388
        Kelsi Stayart White
        Texas Bar No. 24098466
        Federal ID No. 9225914
        AHMAD, ZAVITSANOS & MENSING, P.C.
        1221 McKinney Street, Suite 2500

Houston, Texas 77010
Tel.: (713) 655-1101
Fax: (713) 655-0062
eadler@azalaw.com
kwhite@azalaw.com

*Counsel for Appellants Acis Capital Management LLP and Acis Capital Management GP*

## Certificate of Service

On October 21, 2025, I certify that I served a true and correct copy of this Statement on all counsel of record pursuant to CM/ECF filing in compliance with the FEDERAL RULES OF APPELLATE PROCEDURE.

*/s/ Emily Merritt Adler*
Emily Merritt Adler

## Certificate of Conference

I certify that on October 20, 2025, I conferred with counsel for Appellee, who indicated that Appellee is unopposed to the relief sought in this motion.

*/s/ Emily Merritt Adler*
Emily Merritt Adler
