# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

October 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10797   Acis Capital Management v. Dondero  
                 USDC No. 3:24-CV-2036

The court has granted an extension of time to and including November 10, 2025 for filing appellants' brief in this case.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____  
                 Melissa B. Courseault, Deputy Clerk  
                 504-310-7701

Ms. Emily Merritt Adler  
Mr. Shawn M. Bates  
Mr. Michael Justin Lang I  
Ms. Kelsi Stayart White