No. 25-10797

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants*

v.

James Dondero,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

**UNOPPOSED MOTION TO SUSPEND BRIEFING DEADLINES**

Plaintiff-Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P respectfully request that the Court suspend all briefing deadlines until the requested supplementation of the Electronic Record on Appeal has been completed with the coordination of the Bankruptcy Court of the Northern District of Texas and the Fifth Circuit Court of Appeals.

In this Court, Appellants currently have a briefing deadline for November 10, 2025. Appellants request that this deadline be suspended until the supplementation of the Record on Appeal is complete. Counsel for Appellee also have joined in the motion to supplement the Record on Appeal and are unopposed to the requested relief of suspending brief deadlines pending the completion of this request.

## Prayer

In light of this, Appellants respectfully request that the Court suspend all briefing deadlines until the supplementation of the Electronic Record on Appeal with documents from the underlying Bankruptcy proceedings is complete, and that the briefing deadline be reset to 14 days after the supplemented record is filed.

    Respectfully submitted,

    **AHMAD ZAVITSANOS**
    **& MENSING PLLC**

    */s/ Emily Merritt Adler*
    Emily Merritt Adler
    Texas Bar No. 24121009
    Federal ID No. 3710388
    Kelsi Stayart White
    Texas Bar No. 24098466
    Federal ID No. 9225914
    AHMAD, ZAVITSANOS & MENSING, P.C.
    1221 McKinney Street, Suite 2500

Houston, Texas 77010
Tel.: (713) 655-1101
Fax: (713) 655-0062
eadler@azalaw.com
kwhite@azalaw.com

*Counsel for Appellants Acis Capital Management LLP and Acis Capital Management GP*

## Certificate of Conference

I certify that on November 3, 2025, I conferred with counsel for Appellee, who indicated that Appellee is unopposed to the relief sought in this motion.

*/s/ Emily Merritt Adler*
Emily Merritt Adler

**Certificate of Service**

On November 4, 2025, I certify that I served a true and correct copy of this Statement on all counsel of record pursuant to CM/ECF filing in compliance with the FEDERAL RULES OF APPELLATE PROCEDURE.

                                            */s/ Emily Merritt Adler*
                                            Emily Merritt Adler