# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2025

Ms. Emily Merritt Adler
Ahmad Zavitsanos & Mensing, P.L.L.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

Mr. Shawn M. Bates
Yetter Coleman, L.L.P.
811 Main Street
Houston, TX 77002

Ms. Kelsi Stayart White
Ahmad Zavitsanos & Mensing, P.L.L.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

    No. 25-10797   Acis Capital Management v. Dondero
                       USDC No. 3:24-CV-2036

Dear Counsel,

Please be advised that the supplemental record has been filed and briefing has resumed. The appellants' brief is due within fourteen (14) days from the date on this notice.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Rebecca Jeanfreau
                              Rebecca Jeanfreau, Deputy Clerk
                              504-310-7645

cc:  Mr. Michael Justin Lang I

_____

Case No. 25-10797

_____

In the Matter of Acis Capital Management, L.P.; Acis Capital Management GP, L.L.C.,

    Debtors

Acis Capital Management, L.P.; Acis Capital Management GP, L.L.C.,

    Appellants

v.

James Dondero,

    Appellee