No. 25-10797

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Acis Capital Management LP., et al.,

*Plaintiffs-Appellants,*

v.

James Dondero,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

**APPELLEE'S UNOPPOSED MOTION FOR LEVEL 1 EXTENSION OF TIME TO FILE BRIEF**

Appellee James Dondero ("Dondero") files this Unopposed Motion for Level 1 Extension of Time to File his Appellee's Brief, and would respectfully show the court as follows:

1. This matter is before the Court on appeal from the United States District Court for the Northern District of Texas.

2. Appellants filed their brief on December 12, 2025.

3. Appellee's Brief is currently due on January 12, 2026. January 12, 2026 is the original due date for Appellee's Brief. *See* L.R. 31.4.2.

4. Appellee respectfully requests that he be given a 30-day extension of time to file his Appellee's brief, i.e. until February 11, 2026.

5. This is the first request Dondero has submitted to the Court seeking to extend the time to file his Appellee's brief. Appellee seeks this extension for good cause. Specifically, Appellee seeks this extension because his time to brief this appeal elapsed over the Christmas and New Year holidays. Additionally, during that time, the undersigned

1

counsel has been engaged with drafting and filing a merits brief and a petition for writ of injunction in other appellate matters in satisfaction of briefing deadlines that existed prior to the filing by Appellants of their brief in this matter. Additionally, during the window of time for Appellee to brief this appeal, the undersigned counsel has prepared for, taken, or attended five depositions across other matters. Accordingly, Appellee's counsel seeks this extension so that they may adequately brief this appeal.

6. Counsel for the Appellants, Acis Capital Management, LP., et al., has agreed to the requested extension of time.

Dated: January 5, 2026.                           Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Dave Wishnew
Texas State Bar No. 24052039
dwishnew@cwl.law
Haleigh Jones
Texas State Bar No. 24097899
hjones@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
Dallas Flick
Texas State Bar No. 24104675
dflick@cwl.law

1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile:  (214) 817-4509
***Counsel for Defendant James Dondero***

**Certificate of Service**

The undersigned certifies that, on January 5, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

/s/ *Michael J. Lang*
Michael J. Lang

**Certificate of Conference**

The undersigned certifies that, on January 5, 2026, she conferred with counsel for Appellants regarding the relief sought by this Motion, and counsel for Appellants indicated they do not oppose the relief requested in this Motion.

/s/ *Haleigh Jones*
Haleigh Jones