# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2026

Mr. Michael Justin Lang I
Crawford, Wishnew & Lang, P.L.L.C.
1700 Pacific Avenue
Dallas, TX 75201

    No. 25-10797   Acis Capital Management v. Dondero
                          USDC No. 3:24-CV-2036

Dear Mr. Lang,

The submitted appearance form for Dallas Flick does not match the registered attorney. Attorneys may only file appearance forms on their own behalf.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Jeanfreau, Deputy Clerk
                    504-310-7645