# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2026

Mr. Michael Justin Lang I
Crawford, Wishnew & Lang, P.L.L.C.
1700 Pacific Avenue
Dallas, TX 75201

    No. 25-10797   Acis Capital Management v. Dondero
                            USDC No. 3:24-CV-2036

Dear Mr. Lang,

The submitted appearance form does not match the registered attorney. Attorneys may not file appearance form on behalf of other attorneys.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Rebecca L. Jeanfreau, Deputy Clerk
          504-310-7645