

EMILY MERRITT ADLER
DIRECT 713.600.4922
MAIN 713.655.1101
FAX 713.655.0062
EADLER@AZALAW.COM

February 20, 2026

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:    No. 25-10797, *Acis Capital Management GP LLC and Acis Capital Management L.P. v. James Dondero.*

Dear Mr. Cayce:

    Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth Circuit Rules 26.2 and 31.4, counsel for Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. request a 14-day Level 1 extension of the deadline to file their Reply Brief.

    This is the Appellants' first request for an extension of time to file their Reply Brief. Appellee is unopposed. The Appellants' deadline is currently March 4, 2026. With the requested 14-day extension, Appellants ask for a new deadline of Wednesday, March 18, 2026.

    Good cause for a Level 1 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Ms. Emily M. Adler prepared and presented oral argument in *John Doe, et al. v. Board of Trustees of North Kansas City Hospital*, Case No. WD87830 in the Court of Appeals for the Western District of Missouri on February 18, 2026.

- Ms. Adler is preparing for trial in *Virage SPV 1, LLC v. Daniels & Gentle, Douglas A. Daniels, Andrea Gentle, and Matt Gentle*, Cause No. 2023-41958 in the 55th Judicial District, Harris County. Ms. Adler will attend trial in the same case beginning March 2, 2026.

- Ms. Adler is drafting the Appellant's brief in *Looksmart Group, Inc. v. Google LLC*, Case No. 2026-1135 in the Federal Circuit, due March 6, 2026.

- Additional appellate counsel Ms. Kelsi White is preparing for and will present oral argument in *Meylin Castro, et al. v. Church Mutual Insurance Company, et al.*, No. 2025-CA-0964 in the First Circuit Court of Appeals for Louisiana, on February 25, 2026.
- Ms. White is also preparing for and will present oral argument in *International Medical Devices, Inc. v. Cornell*, No. 2025-1580 in the Federal Circuit on March 5, 2026.

The extension is not sought for delay, but rather so that justice can be done.

                                        Respectfully,

                                        Emily M. Adler

cc: Counsel of Record (via CM/ECF)