# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

February 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10797   Acis Capital Management v. Dondero
                    USDC No. 3:24-CV-2036

The court has granted an extension of time to and including March 18, 2026 for filing a reply brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Jeanfreau, Deputy Clerk
                    504-310-7645

Ms. Emily Merritt Adler
Mr. Shawn M. Bates
Mr. Dallas Flick
Ms. Haleigh H. Jones
Mr. Michael Justin Lang I
Ms. Karen S. Mitchell
Ms. Kelsi Stayart White