

**EMILY MERRITT ADLER**
DIRECT 713.600.4922
MAIN 713.655.1101
FAX 713.655.0062
EADLER@AZALAW.COM

April 7, 2026

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

   Re: No. 25-10797, *Acis Capital Management GP LLC and Acis Capital Management L.P. v. James Dondero.*

Dear Mr. Cayce:

   Lead counsel for Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. (Acis) has previously scheduled, pre-planned and paid vacation from May 28, 2026, through June 2, 2026. Accordingly, the undersigned respectfully requests that the Court refrain from setting oral argument in this matter (if any) during that time period.

   The undersigned has conferred with counsel for Appellee James Dondero, who confirmed that he is unopposed to the request contained in this correspondence.

     Respectfully,

     Emily M. Adler

cc: Counsel of Record (via CM/ECF)