# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 13, 2026

Ms. Emily Merritt Adler
Ahmad Zavitsanos & Mensing, P.L.L.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

No. 25-10797    Acis Capital Management v. Dondero
USDC No. 3:24-CV-2036

Dear Ms. Adler,

The following pertains to your record excerpts filed in paper form on 4/16/26.

We received the four paper copies of the record excerpts filed on 12/12/25.  The paper copies must be single sided.  Please re-send four copies that are single sided with tabs and white covers.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Deputy Clerk
504-310-7631