# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 12, 2026

TO COUNSEL LISTED BELOW:

No. 25-10797     Acis Capital Management v. Dondero

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Tuesday, July 7, 2026, to Thursday, July 9, 2026, at 9:00 a.m. in the West Courtroom.

Please acknowledge receipt of this calendar via email to your courtroom deputy,
shirley_engelhardt@ca5.uscourts.gov

Very truly yours,

LYLE W. CAYCE, Clerk

By:_____
Charles B. Whitney
Calendar Clerk
504-310-7679

Ms. Emily Merritt Adler
Mr. Shawn M. Bates
Mr. Dallas Flick
Ms. Haleigh H. Jones
Mr. Michael Justin Lang I
Ms. Ali Ohlinger
Ms. Kelsi Stayart White