# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2026

Mr. Michael Justin Lang I
Crawford, Wishnew & Lang, P.L.L.C.
1700 Pacific Avenue
Dallas, TX 75201

Ms. Ali Ohlinger
Crawford, Wishnew & Lang, P.L.L.C.
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201

   No. 25-10797   Acis Capital Management v. Dondero
                  USDC No. 3:24-CV-2036

Dear Mr. Lang, Ms. Ohlinger,

You must submit the **6 paper copies of your corrected appellee's brief** required by 5th Cir. R. 31.1 by tomorrow July 10, 2026 by overnight delivery.

The covers of your documents must be red.

Please be sure that you print your paper copies **from the notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*
                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc:
    Ms. Emily Merritt Adler
    Mr. Shawn M. Bates
    Mr. Dallas Flick
    Ms. Haleigh H. Jones
    Ms. Kelsi Stayart White