

**EMILY MERRITT ADLER**
DIRECT 713.600.4922
MAIN 713.655.1101
FAX 713.655.0062
EADLER@AZALAW.COM

July 26, 2026

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:     No. 25-10797, *Acis Capital Management v. Dondero*

Dear Mr. Cayce:

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth Circuit Rules 26.2 and 31.4, counsel for Appellants Acis Capital Management GP LLC and Acis Capital Management, L.P. request a 30-day Level 1 extension of the deadline to file their Petition for Rehearing En Banc.

This is the Appellants' first request for an extension of time. Appellee is unopposed. The Appellants' deadline is currently July 31, 2026. With the requested 30-day extension, Appellants ask for a new deadline of August 31, 2026.

Good cause for a Level 1 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Ms. Emily M. Adler is preparing for and will attend a Rule 202 hearing in *In re Radical Hoops, Ltd. and Radical Mavericks II, LLC*, DC-26-12570, in the 134th Judicial District Court of Dallas County, Texas, on August 5, 2026.

- Ms. Adler is the principal drafter of an opening brief in *Landry's, Inc. v. The Insurance Company of the State of Pennsylvania, et al.*, No. 01-26-00143-CV, in the First Court of Appeals of Texas, due July 31, 2026.

- Ms. Adler is assisting in drafting an opening brief in *Sheena Wood, et al. v. Napoleon, et al.*, No. 09-26-00010-CV, in the Ninth Court of Appeals of Texas, due July 31, 2026.

- Ms. Adler is assisting in drafting a petition for review in *Oncor Electric Delivery Company, LLC v. Ramirez, et al.* No. 26-0740, in the Supreme Court of Texas, due August 17, 2026.

July 26, 2026
Page 2

- Additional appellate counsel Ms. Kelsi White is the principal drafter of an opening brief in *Sheena Wood, et al. v. Napoleon, et al.*, No. 09-26-00010-CV, in the Ninth Court of Appeals of Texas, due July 31, 2026.

- Ms. White is assisting in drafting an opening brief in *Landry's, Inc. v. The Insurance Company of the State of Pennsylvania, et al.*, No. 01-26-00143-CV, in the First Court of Appeals of Texas, due July 31, 2026.

The extension is not sought for delay, but rather so that justice can be done.

Respectfully,

Emily M. Adler

cc: Counsel of Record (via CM/ECF)