No. 25-10797

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

In the Matter of Acis Capital Management, L.P.; Acis Capital
Management GP, L.L.C.,

*Debtors*

Acis Capital Management, L.P. and Acis Capital Management GP,
L.L.C.,

*Appellants*

v.

James Dondero,

*Appellee*

---

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-CV-2036

---

**APPELLANTS' UINOPPOSED MOTION FOR 30 DAY EXTENSION OF
TIME TO FILE PETITION FOR REHEARING EN BANC**

---

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31(a), and Fifth

Circuit Rules 26.2 and 31.4, counsel for Appellants Acis Capital Management GP

LLC and Acis Capital Management, L.P. request a 30-day extension of the deadline

to file their Petition for Rehearing En Banc.

This is the Appellants' first request for an extension of time. Appellee is unopposed. The Appellants' deadline is currently July 31, 2026. With the requested 30-day extension, Appellants ask for a new deadline of August 31, 2026.

Good cause for a Level 1 extension exists due to the following professional commitments of appellate counsel in addition to the normal course of business, which are as follows:

- Undersigned counsel Ms. Emily M. Adler is preparing for and will attend a Rule 202 hearing in *In re Radical Hoops, Ltd. and Radical Mavericks II, LLC*, DC-26-12570, in the 134th Judicial District Court of Dallas County, Texas, on August 5, 2026.

- Ms. Adler is the principal drafter of an opening brief in *Landry's, Inc. v. The Insurance Company of the State of Pennsylvania, et al.*, No. 01-26-00143-CV, in the First Court of Appeals of Texas, due July 31, 2026.

- Ms. Adler is assisting in drafting an opening brief in *Sheena Wood, et al. v. Napoleon, et al.*, No. 09-26-00010-CV, in the Ninth Court of Appeals of Texas, due July 31, 2026.

- Ms. Adler is assisting in drafting a petition for review in *Oncor Electric Delivery Company, LLC v. Ramirez, et al.* No. 26-0740, in the Supreme Court of Texas, due August 17, 2026.

- Additional appellate counsel Ms. Kelsi White is the principal drafter of an opening brief in *Sheena Wood, et al. v. Napoleon, et al.*, No. 09-26-00010-CV, in the Ninth Court of Appeals of Texas, due July 31, 2026.

- Ms. White is assisting in drafting an opening brief in *Landry's, Inc. v. The Insurance Company of the State of Pennsylvania, et al.*, No. 01-26-00143-CV, in the First Court of Appeals of Texas, due July 31, 2026.

The extension is not sought for delay, but rather so that justice can be done.

## CONCLUSION

For the foregoing reasons, Appellants pray that the Court extend the deadline to file their Petition for Rehearing En Banc until August 31, 2026.

Respectfully submitted,

**AHMAD ZAVITSANOS**
**& MENSING PLLC**

*/s/ Emily Merritt Adler*
Emily Merritt Adler
Texas Bar No. 24121009
Federal ID No. 3710388
Kelsi Stayart White
Texas Bar No. 24098466
Federal ID No. 9225914
AHMAD, ZAVITSANOS & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel.: (713) 655-1101
Fax: (713) 655-0062
eadler@azalaw.com
kwhite@azalaw.com

3

*Counsel for Appellants Acis Capital Management LLP and Acis Capital Management GP*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF in compliance with the Federal Rules of Appellate Procedure on July 27, 2026.

*/s/ Emily M. Adler*
Emily M. Adler

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee on July 24, 2026, who stated that Appellee is unopposed to the relief requested herein.

*/s/ Emily M. Adler*
Emily M. Adler