# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10797    Acis Capital Management v. Dondero
USDC No. 3:24-CV-2036

The court has denied the motion to extend time to file rehearing in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Ms. Emily Merritt Adler
Mr. Shawn M. Bates
Mr. Dallas Flick
Ms. Haleigh H. Jones
Mr. Michael Justin Lang I
Ms. Ali Ohlinger
Ms. Kelsi Stayart White